UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
--------------------------------------------------------X
FERNANDO HERNANDEZ,

        12 CV 986 (SJ) (VVP)

    -against-                **ORDER ADOPTING
REPORT AND
RECOMMENDATION**

MAIN GLATT CORP., IZIK MEIROV,
And SHLOMO MEIROV,

             Defendants.
--------------------------------------------------------X
A P P E A R A N C E S

A P P E A R A N C E S
GINA P. REDROVAN
40-41 75th Street
Elmhurst, NY 11373
*Attorney for Plaintiff*

JOHNSON, Senior District Judge:

Presently before the Court is a Report and Recommendation ("Report")

prepared by Magistrate Judge Viktor Pohorelsky. Judge Pohorelsky issued the

Report on March 14, 2014, and provided the parties with the requisite amount of

time to file objections. None of the parties filed any objections to the Report. For

the reasons stated herein, this Court affirms and adopts the Report in its entirety.

A district court judge may designate a magistrate judge to hear and

determine certain motions pending before the Court and to submit to the Court

proposed findings of fact and a recommendation as to the disposition of the motion.

See 28 U.S.C. § 636(b)(1). Within 10 days of service of the recommendation, any

party may file written objections to the magistrate's report. See id. Upon *de novo* review of those portions of the record to which objections were made, the district court judge may affirm or reject the recommendations. See id. The Court is not required to review, under a *de novo* or any other standard, the factual or legal conclusions of the magistrate judge as to those portions of the report and recommendation to which no objections are addressed. See Thomas v. Arn, 474 U.S. 140, 150 (1985). In addition, failure to file timely objections may waive the right to appeal this Court's Order. See 28 U.S.C. § 636(b)(1); Small v. Sec'y of Health and Human Servs., 892 F.2d 15, 16 (2d Cir. 1989).

In this case, objections to Magistrate Judge Pohorelsky's recommendations were due on March 28, 2014. No objections to the Report were filed with this Court. Upon review of the recommendations, this Court adopts and affirms Magistrate Judge Pohorelsky's Report in its entirety. Plaintiff's motion for default judgment is denied. The Clerk of the Court is directed to close the case.

SO ORDERED.


Dated: March 31, 2014               _____/s/_____
       Brooklyn, NY                      Sterling Johnson, Jr., U.S.D.J.